IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL S. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, | : | No. 23-cv-1269 |
| *Commissioner of Social Security* | : | |

## ORDER

AND NOW on this 27th day of November 2024, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 15), Defendant's Response to Request for Review of Plaintiff (Doc. 20), and Plaintiff's Reply Brief (Doc. 21), it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**;

2. The final decision of the Commissioner denying Plaintiff benefits is **VACATED**, and the case is **REMANDED** for further proceedings consistent with the Court's Memorandum Opinion accompanying this Order; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE